TANYA M. SCHIERLING [SBN 206984]
tschierling@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Taylor's Industrial Services. LLC a/k/a HPM Division

FILED
08 MAY 16 PM 2: 32
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 CV 0877 BEN LSP

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO.<br><br>DECLARATION OF SERVICE<br><br>Complaint Filed: January 28, 2008 |

I, Deborah V.T. Pierson, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On May 16, 2008, I served a copy, including all exhibits, if any, of the following document(s):

1. **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 9 U.S.C. § 205 AND 28 U.S.C. § 1441 (FEDERAL QUESTION)** on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

P:00426635:65052.002

DECLARATION OF SERVICE

1  ☒  **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐  **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐  **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐  **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☐  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on May 16, 2008, at San Diego, California.

*Deborah V.T. Pierson* (signature)
DEBORAH V.T. PIERSON

| | |
|---|---|
| 1 | **PROOF OF SERVICE LIST** |
| 2 | Anton N. Handal, Esq. |
| | Pamela C. Chalk, Esq. |
| 3 | Gabriel G. Hedrick, Esq. |
| | Handal & Associates |
| 4 | 1200 Third Avenue, Suite 1321 |
| | San Diego, CA 92101 |
| 5 | Telephone: (619) 544-6400 |
| | Facsimile:   (619) 696-0323 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

P:00426635:65052.002                               -3-
                                    DECLARATION OF SERVICE