Tanya M. Schierling [SBN 206984]
tschierling@swsslaw.com
Michael M. Vasseghi [SBN 210737]
mvasseghi@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant TAYLOR'S' INDUSTRIAL
SERVICES. LLC a/k/a HPM DIVISION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 08 CV 0877 BEN LSP<br><br>**NOTICE OF MOTION BY DEFENDANT TAYLOR'S INDUSTRIAL SERVICES, LLC TO DISMISS; OR IN THE ALTERNATIVE, TRANSFER VENUE OR STAY PROCEEDINGS PENDING ARBITRATION**<br><br>Date: June 30, 2008<br>Time: 10:30 a.m.<br>Dept: Courtroom 3<br>Honorable Roger T. Benitez<br><br>Complaint Filed: January 28, 2008 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on June 30, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 940 Front Street, San Diego California, Defendant Taylor's Industrial Services, LLC ("Taylor's") will specially appear to move for an order dismissing this action in its entirety under Fed. R. Civ. P. 12(b)(2) for lack of personal and under Fed. R. Civ. P. 12(b)(3) improper venue. The motion to dismiss is also made on the grounds that the there is a valid, binding agreement between

1 the Taylor's and Plaintiffs Welltec Machinery U.S.A. and Welltec Machinery Limited
2 requiring the parties to settle this dispute by arbitration.
3     In the alternative, Taylor's moves for an order transferring this matter to the Southern
4 District of Ohio - the proper venue for this case.  In the alternative, Taylor's moves for an
5 order staying this case pending arbitration of the matters between the parties.
6     Taylor's further moves for an immediate and preliminary stay on this action pending
7 the Court's consideration of this motion.
8     This motion is based on this Notice of Motion and Motion, the accompanying
9 supporting Memorandum of Points and Authorities, the Declaration of Chris Filos, and
10 exhibits attached thereto, and the Proposed Order, all the pleadings and papers on file in
11 this action, and such other and further evidence and argument that may be presented to the
12 Court at or before the time of the hearing.

DATED: May 23, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP

                                    By:    /s/ Tanya M. Schierling
                                           TANYA M. SCHIERLING
                                           MICHAEL M. VASSEGHI
                                           Attorneys for TAYLOR'S INDUSTRIAL
                                           SERVICES. LLC a/k/a HPM DIVISION