Tanya M. Schierling [SBN 206984]
tschierling@swsslaw.com
Michael M. Vasseghi [SBN 210737]
mvasseghi@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant TAYLOR'S' INDUSTRIAL
SERVICES. LLC a/k/a HPM DIVISION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company,<br><br>  Plaintiff,<br><br>  v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100,<br><br>  Defendants. | CASE NO. 08 CV 0877 BEN LSP<br><br>**TAYLOR'S INDUSTRIAL SERVICES, LLC's NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[LOCAL CIVIL RULE 40.2]**<br><br>Honorable Roger T. Benitez<br><br>Complaint Filed: January 28, 2008 |

1 | TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | Pursuant to Local Rule 40.2, Defendant Taylor's Industrial Services, LLC, ("Taylor's")

3 | hereby gives notice that it is not held by or a subsidiary of any other entity, and no publicly

4 | traded entity owns any portion of its shares.  100% of Taylor's shares are owned by one

5 | individual, Chris Filos.

6

7 | DATED: May 27, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP

8

9 |                                        By:  /s/ Tanya M. Schierling
                                             TANYA M. SCHIERLING
10                                           MICHAEL M. VASSEGHI
                                             Attorneys for TAYLOR'S INDUSTRIAL
11                                           SERVICES. LLC a/k/a HPM DIVISION

**CERTIFICATE OF SERVICE**

On May 27, 2008, I caused **TAYLOR'S INDUSTRIAL SERVICES, LLC's NOTICE OF PARTY WITH FINANCIAL INTEREST** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e–mail notices for this case:

Gabriel G. Hedrick, Esq.
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, CA 92101
ghedrick@handal-law.com
Telephone:  (619) 544-6400
Facsimile:    (619) 696-0323

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e–mail notices for this case (who therefore require manual noticing).

None.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING