1  Tanya M. Schierling [SBN 206984]
   tschierling@swsslaw.com
2  Michael M. Vasseghi [SBN 210737]
   mvasseghi@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   Telephone: (619) 231-0303
5  Facsimile: (619) 231-4755

6  Attorneys for Defendant TAYLOR'S' INDUSTRIAL
   SERVICES. LLC a/k/a HPM DIVISION

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  WELLTEC MACHINERY USA, INC., a          CASE NO. 08 CV 0877 BEN LSP
    California corporation as assignee of
12  WELLTEC MACHINERY LIMITED a Hong        **DEMAND FOR JURY TRIAL**
    Kong registered Company,
13
              Plaintiff,
14                                          Honorable Roger T. Benitez
      v.
15                                          Complaint Filed:  January 28, 2008
    TAYLOR'S INDUSTRIAL SERVICES, LLC
16  a/k/a HPM DIVISION, and DOES 1
    THROUGH 100,
17
              Defendants.
18

19       Defendant Taylor's Industrial Services, LLC a/k/a HPM Division hereby demands a

20  jury trial of all claims triable by jury.

21

22  DATED: June 2, 2008              Respectfully submitted,
                                     SOLOMON WARD SEIDENWURM & SMITH, LLP
23

24
                                     By:  /s/ Tanya M. Schierling
25                                        TANYA M. SCHIERLING
                                          MICHAEL M. VASSEGHI
26                                        Attorneys for TAYLOR'S INDUSTRIAL
                                          SERVICES. LLC a/k/a HPM DIVISION
27

28

## CERTIFICATE OF SERVICE

On June 2, 2008, I caused **DEMAND FOR JURY TRIAL** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e–mail notices for this case:

Gabriel G. Hedrick, Esq.
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, CA 92101
ghedrick@handal-law.com
Telephone:  (619) 544-6400
Facsimile:    (619) 696-0323

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e–mail notices for this case (who therefore require manual noticing).

None.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING