ANTON N. HANDAL, ESQ (SBN: 113812)
PAMELA C. CHALK, ESQ. (SBN: 216411)
GABRIEL G. HEDRICK, ESQ. (SBN: 220649)
**HANDAL & ASSOCIATES**
1200 Third Avenue, Suite 1321
San Diego, CA 92101
Tel · 619.544.6400
Fax· 619 696.0323

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California Corporation as assignee of WELLTEC MACHINERY, LIMITED, a Hong Kong registered Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 through 100.<br>　　　　　Defendants. | ) Case No.: 08CV0877 BEN (LSP)<br>)<br>) **DECLARATION OF GABRIEL G.**<br>) **HEDRICK IN OPPOSITION TO**<br>) **DEFENDANT TAYLOR'S**<br>) **INDUSTRIAL SERVICES, LLC'S**<br>) **MOTION TO DISMISS; OR, IN THE**<br>) **ALTERNATIVE, TRANSFER VENUE**<br>) **OR STAY PROCEEDINGS PENDING**<br>) **ARBITRATION**<br>)<br>) Date:  June 30, 2008<br>) Time: 10:30 a.m.<br>) Judge:  Roger T. Benitez<br>) Ctrm:  3<br>)<br>) |

I, Gabriel G. Hedrick, declare:

1.　　I have personal knowledge of the matters set forth herein, except for those matters stated under information and belief.　If called as a witness, I could and would competently testify thereto.

2.　　I am an attorney licensed to practice law in the State of California and a member of the California State Bar.　I am an associate with the law firm of Handal & Associates, attorneys of record in this matter for Plaintiff Welltec Machinery USA, Inc. ("Welltec").

3.　　Welltec filed its complaint in this action (the "Complaint") in the Superior Court of California, County of San Diego on January 28, 2008.

-1-

1    4.    I am informed and believe defendant is an Illinois limited liability company.

2    Attorney William M. Biederman is listed with the State of Illinois as the agent for service of

3    process for Defendant.  Attached hereto as Exhibit A is a true and correct copy of a computer

4    printout of the "LLC File Detail Report" as of February 1, 2008 for Defendant taken from the

5    web site of the Illinois Secretary of State.    After conducting an internet search for Mr.

6    Biederman, I noted his address as listed on the Report was not current.  I was able to locate

7    what I believed to be his current address on the internet.  Because Mr. Biederman was located at

8    an address and law firm different than that listed with the Illinois Secretary of State, it appeared

9    to me that he likely was no longer authorized to accept service of process on behalf of

10   Defendant and that the summons and complaint would need to be served on a corporate officer.

11    5.    I am informed and believe Christopher A. Filos is the President and CEO of

12   Defendant, and that Joseph A. Filos, Jr. and Douglas E. Filos are each Vice Presidents of

13   Defendant.  Attached hereto as Exhibit B is a true and correct copy of a computer printout from

14   Defendant's web site purportedly identifying the management of the company.

15    6.    I am informed and believe and thereon allege Defendant was served with a copy

16   of the summons and complaint on March 3, 2008.  Attached hereto as Exhibit C are true and

17   correct copies Certified Mail Receipts reflecting delivery on Defendant's corporate officers,

18   Christopher Filos, Joseph E. Filos, Jr., and Douglas E. Filos as well as Defendant's agent for

19   service of process, Mr. Biederman, as identified by the Illinois Secretary of State.

20    7.    In preparing the proof of service of summons, I noted that the appropriate boxes

21   at the bottom of page 1 of the summons served on Defendant had not been checked.

22   Accordingly, I instructed my secretary to fill in the correct information at the bottom of the

23   summons and to resend the summons by certified mail to Christopher Filos.  Because Mr.

24   Biederman's status as agent for service of process was doubtful, because Mr. Filos had already

25   accepted service of the summons on March 3, 2008, and because he is identified on Defendant's

26   web site as the company CEO, I instructed my secretary to re-serve him only.

27    8.    I am informed and believe my secretary mailed the service of summons by

28   certified mail on March 7, 2008.  A true and correct conformed copy of the proof of service of

*DECLARATION OF GABRIEL G. HEDRICK IN OPPOSITION TO*        Case No. 08CV0877 BEN (LSP)
*MOTION TO TRANSFER OR STAY PENDING ARBITRATION*

1   summons filed March 7, 2008 in the San Diego Superior Court is attached hereto as Exhibit D.

2   A true and correct copy of the certified mail receipt showing service of the amended summons

3   is attached hereto as Exhibit E.

4        9.     On March 24, 2008, I spoke to Timothy Riedel of Bailey Cavalieri LLC who

5   identified himself as an attorney for Defendant.  Mr. Riedel initially requested an extension of

6   time to respond to the Complaint.  I informed Mr. Riedel that, under California law, service on

7   an out-of-state defendant via certified mail was deemed complete 10 days after mailing.  We

8   agreed that Defendant had until April 14, 2008 to respond to the Complaint and that an

9   extension of time was not yet necessary.  Attached hereto as Exhibit F is a true and correct copy

10  of a March 24, 2008 email from Mr. Riedel to me summarizing the above-referenced telephone

11  conversation.

12       10.     Between March 24, 2008 and the end of April or beginning of May, Mr. Riedel

13  and I exchanged several offers and demands, but no settlement was reached.

14       11.     In the meantime, on Friday, April 11, 2008, Mr. Riedel telephoned me and

15  requested a 30-day extension of time to respond to the Complaint.  I agreed.  At the time, I was

16  not aware of Local San Diego Superior Court Rule 2.1.6, a true and correct copy of which is

17  attached as Exhibit A to the Request for Judicial Notice filed herewith.

18       12.     On Monday, April 14, 2008, Mr. Riedel sent me an email confirming the

19  extension.  A true and correct copy is attached hereto as Exhibit G.  I responded shortly

20  thereafter confirming the extension, but notifying Mr. Riedel that I had just become aware of

21  Local Rule 2.1.6.  I requested that in light of the local rule, Mr. Riedel should prepare a

22  stipulation and proposed order which I would sign and which would request an order approving

23  a 30-day extension of time to respond to the Complaint.  Although the parties previously agreed

24  the response date was April 14, 2008, I erroneously identified the response due date as April 16,

25  2008.  A true and correct copy of my email is attached hereto as Exhibit H.

26       13.     Unprompted, I again notified Mr. Riedel by email dated April 23, 2008 of the

27  need for an order from the Court to extend the deadline to respond to the Complaint beyond 15

28  days.  A true and correct copy of said email is attached hereto as Exhibit I.

*DECLARATION OF GABRIEL G. HEDRICK IN OPPOSITION TO*    Case No. 08CV0877 BEN (LSP)
*MOTION TO TRANSFER OR STAY PENDING ARBITRATION*

14. Later on April 23, 2008, I spoke to Mr. Riedel who informed me that he would wait until the allowed 15-day extension neared at which point he would revisit the need for an extension beyond that date.

15. On April 30, 2008, I was out of town at a hearing in another matter. I am informed and believe Mr. Riedel telephoned my office at that time and spoke to Anton Handal who had not been a party to the previous discussions between counsel. I am further informed and believe Mr. Riedel requested an additional extension of time to respond to the Complaint as he and I had previously agreed to in principal. I am informed and believe Mr. Handal agreed that Plaintiff's would consent to an extension to mid-May for Defendant to respond to the Complaint. A true and correct copy of an email and letter from Mr. Riedel to Mr. Handal summarizing their conversation is attached hereto as Exhibit J.

16. On May 6, 2008, in light of Mr. Riedel's discussion with Mr. Handal and my previous discussions with Mr. Riedel regarding the need for a Court order extending the time to respond to the Complaint, I forwarded Mr. Riedel the proper form needed for obtaining the necessary Court order to extend the response date beyond 15 days. A true and correct copy of my email and the attached form are attached hereto as Exhibit K. I do not believe I was required to provide Mr. Riedel with the appropriate form requesting additional time. In fact, in light of Defendants' knowing failure to obtain a Court order approving an extension of time beyond 15 days, I believe my client was entitled to request entry of default against Defendant. However, because Mr. Riedel and I had been engaged in what I thought were good faith settlement discussions and because we had agreed in principal to an additional extension, I declined to request entry of default and provided Mr. Riedel with the appropriate form in the spirit of cooperation and professionalism and in an attempt to allow the parties additional time to discuss settlement. Mr. Riedel never responded to my email and no request was ever made to the Court for additional time to respond to the Complaint.

17. At no point in any of my discussions with Mr. Riedel did we ever discuss a transfer of the matter to Ohio or any arbitration requirement.

18. At 8:54 p.m. on Monday, May 19, 2008, Tanya Schierling sent me an email

-4-

1  which, for the very first time raised the issue of an arbitration clause and for the very first time

2  suggested a stipulation to transfer the case to Ohio. Attached hereto as Exhibit L is a true and

3  correct copy of said email.

4          19.     Since the above-referenced email was sent at nearly 9 p.m., I did not receive it

5  until the following day, Tuesday, May 20, 2008. My contact at Welltec is located in Hong

6  Kong which is 15 hours ahead of San Diego. I therefore could not contact the client during the

7  day.

8          20.     At this time, Anton Handal of my office was in Hong Kong. At or around the

9  end of the day on Tuesday, May 20, 2008 (the morning of May 21, 2008 in Hong Kong), I

10  learned from Mr. Handal that he would be meeting our client contact on Thursday, May 22nd.

11  On May 21, 2008, I telephoned Ms. Schierling and left her a voice mail notifying her of the

12  difficulty caused by the time difference to Hong Kong and obtaining a prompt response to her

13  client's requests. I further informed Ms. Schierling that Mr. Handal was scheduled to meet with

14  our client contact in Hong Kong on Thursday, Hong Kong time and that Mr. Handal would

15  discuss Defendant's requests with the client at that time. Ms. Schierling confirmed receipt of

16  my voicemail by email dated that same day. A true and correct copy of said email is attached

17  hereto as Exhibit M.

18          21.     Later on the evening of May 21st (early morning, May 22nd in Hong Kong), I

19  learned our client contact was in China and not able to return to Hong Kong until late in the

20  evening on May 22nd. He and Mr. Handal were therefore forced to reschedule their meeting for

21  Friday May 23rd. I notified Ms. Schierling of the rescheduled meeting by email on May 22,

22  2008, a true and correct copy of which is attached hereto as Exhibit N. Plaintiff agreed to

23  stipulate to a venue transfer, but because of the time difference, I did not learn of Plaintiff's

24  position until the following week when Mr. Handal returned to the office.

25          22.     On Tuesday, May 27, 2008, I emailed Ms. Schierling to notify her that my client

26  would agree to a stipulation transferring venue to Ohio and to explain why I was not able to

27  communicate the client's decision to her sooner. I also asked Ms. Schierling to provide me with

28  a draft of the stipulation to review and sign. A true and correct copy of the email is attached

1    hereto as Exhibit O.

2        23.    Ms. Schierling responded to my May 27 email on May 29, 2008.  A true and

3    correct copy of said email is attached hereto as Exhibit P.

4        24.    Attached hereto as Exhibit Q is a true and correct copy of an email I sent to Ms.

5    Schierling on June 4, 2008 regarding the proposed stipulation to transfer venue.  Ms. Schierling

6    did not respond to this email.

7        25.    On or about June 12 or 13, 2008, having received no further action by Ms.

8    Schierling regarding her proposed stipulation to transfer venue to Ohio and with the deadline to

9    oppose Defendant's motion approaching, I telephoned her to inquire as to the status of the

10   stipulation.  Finally, on Friday, June 13, 2008, Ms. Schierling left me a voice mail confirming

11   that Defendant still wished to stipulate to the venue transfer.  Because I was out of the office on

12   Friday afternoon, I did not receive her voice mail until the morning of June 16, 2008.

13       26.    After receiving Ms. Schierling's voice mail and in an effort to expedite this

14   matter, I prepared and emailed Ms. Schierling a draft stipulation for her review the morning of

15   June 16.  A true and correct copy of said email and the attachment are attached hereto as Exhibit

16   R.  Relying on Ms. Schierling's agreement to stipulate to transfer venue to Ohio, I did not

17   prepare or file an opposition to Defendant's motion.

18       27.    At no point during any of the emails or voice mail messages between myself and

19   defense counsel did they ever make any mention that recovery of its costs and attorney's fees

20   would be a precondition of a stipulation.

21       28.    At 6:30 p.m., after the close of business on June 16, 2008, Ms. Schierling sent

22   me an email that, for the very first time, stated that payment of its costs and fees in the amount

23   of $7,500 should be included as a condition of the stipulation.  A true and correct copy of said

24   email is attached hereto as Exhibit S.

25       29.    Attached hereto as Exhibit T is a true and correct copy of a computer printout

26   from Defendant's web site found at http://www.hpmamerica.com.  Also attached hereto as part

27   of Exhibit T is a true and correct copy of a computer printout from Defendant's web site found

28   at http://www.hpamerica.com/menu-right/news-srolling/Do_you.html and which I accessed by

*DECLARATION OF GABRIEL G. HEDRICK IN OPPOSITION TO*    Case No. 08CV0877 BEN (LSP)
*MOTION TO TRANSFER OR STAY PENDING ARBITRATION*

1   clicking the link entitled "Is your company located in California, Arizona, Utah, Nevada…"

2   which is found on the right hand side of Defendant's web site under the topic "News."

3       30.     Attached hereto as Exhibit U is a true and correct copy of a computer printout of

4   a web page located at http://ubemachinery.com/contact/ne_reps which identifies a company

5   called DABR Industries, identifies a contact person for said company as J.R. Duff, and a

6   telephone number which is identical to the telephone number listed on the Defendant's web

7   page attached as part of Exhibit T.

8       31.     Attached hereto as Exhibit V is a true and correct copy of a computer printout

9   from a web site entitled "The Free Library" and which contains a May 1, 1999 press release

10  regarding a purported business relationship between Defendant and DABR Industries.

11      32.     Attached hereto as Exhibit W is a true and correct copy of a computer printout

12  from a web site entitled "High Beam Research" and which contains an April 5, 1999 press

13  release regarding Defendant's relationship with DABR Industries.

14      I declare under penalty of perjury of the laws of the United States that the foregoing is

15  true and correct.  Executed this 17th day of June, 2008 at San Diego, California.

16

17

18  Gabriel G. Hedrick

19

20

21

22

23

24

25

26

27

28

-7-

# EXHIBIT A



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | TAYLOR'S INDUSTRIAL SERVICES, L.L.C. | **File Number** | 00518999 |
| **Status** | NGS | **On** | 02/01/2008 |
| **Entity Type** | LLC | **Type of LLC** | Domestic |
| **File Date** | 02/15/2001 | **Jurisdiction** | IL |
| **Agent Name** | WILLIAM M. BIEDERMAN | **Agent Change Date** | 02/15/2001 |
| **Agent Street Address** | 333 W WACKER DR STE 1800 | **Principal Office** | 820 W MARION RD MT GILEAD 43338 |
| **Agent City** | CHICAGO | **Management Type** | MGR |
| **Agent Zip** | 60606 | **Dissolution Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | 2008 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B



## Management



Christopher A. Filos
President / CEO



**Is your company located in California, Arizona, Utah, Nevada...**

A new concept in small tonnage retractable tie bar injection molding machines the Freedom Autolock - debuting at Plastivision India 2007

**Complete Plastics Systems of Acworth, Georgia will represent HPM...**

A new concept in small tonnage retractable tie bar injection molding machines the Freedom Autolock -

Management Team



⊓ Request Information
⊒ Request a Quote
⊓ Newsletter
⊡ Press Releases
⊔ Glossary
⊓ Management Team
⊽ Contact Us
⊽ History
  ▪ Taylor's
  ▪ HPM

Management Team


Christopher A. Filos
President/ CEO


Joseph A. Filos, Jr.
Vice President


Douglas E. Filos
Vice President


Gerard J. Sposato
Vice President of Sales and Marketing


Harry M. Wowchuck
Vice President / General Manager
of Injection Molding


Richard A. Eichner
Director of Worldwide Operations Support


Eugene Byrd
Director of Material Control


John Rexford
Director of Product Development

Director of Engineering

Charlie Clark
Director of Manufacturing

Jeff Hammer
Director of Info. Technologies

Dave Johnson
After Market Parts Manager

Mike Dotson
Mechanical Engineering Manager

Mike Paramore
Product Manager

1 Top

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph e. Fius, JR.
#DM
820 W. Marion Road.
Mt Gilleod, OH
43338

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Jennilittre_                  ☐ Agent
                                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Jessy (Jenilitger    3 ~3-Y

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number          7007 1490 0001 2706 9780
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Fius
HDH
820 W. Marion Road
Ft. Gilead, OH
43333

2. Article Number
(Transfer from service label)

7007 1490 0001 2706 9773

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    □ Agent
                         □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 3-3-8

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Douglass e. Fields
HOPE
820 W. Marion Rd.
Mt Gilead, OH 43338

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_  ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_[handwritten]_    9·5·y

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7007 1490 0001 2706 9797

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

William Biederman
222 n. la Sulu St.
Suite 1910
Chicago IL 60601

2. Article Number
   (Transfer from service)    7007 1490 0001 2706 9766

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Charles Sutton    □ Agent
                    □ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Charles Sutton    3-3-08

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☑ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

102595-02-M-1540

# EXHIBIT D

RECEIVED
MAR 1 1 2008

FILED
CIVIL BUSINESS OFFICE
*FOR COURT USE ONLY*

POS-010

08 MAR -7 PM 2:53

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

MAR 7 '08

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Gabriel G. Hedrick, Esq. 220649 Handal & Associates 1200 Third Avenue, Suite 1321 San Diego, CA 92101 TELEPHONE NO.: (619) 544-6400   FAX NO. (Optional): (619) 696-0323 E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Welltec Machinery USA, Inc.

DEFENDANT/RESPONDENT: Taylor's Industrial Services, LLC

CASE NUMBER:
37-2008-76792-CU-BC-CTL

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Defendant Taylor's Industrial Services, LLC a/k/a HPM DIVISION

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Christopher Filos, Managing Member of Taylor's Industrial Services, CEO of HPM Division

4. Address where the party was served:
   HPM, 820 W. Marion Road, Mt. Gilead, OH 43333

5. I served the party (check proper box)
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. ☐ by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Welltec Machinery USA, Inc.<br><br>DEFENDANT/RESPONDENT: Taylor's Industrial Services, LLC | CASE NUMBER:<br>37-2008-76792-CU-BC-CTL |
|---|---|

5   c.   [✓]   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)* 03/07/08    (2) from *(city):* San Diego

   (3) [ ]   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

   (4) [✓]   to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

   d.   [ ]   **by other means** *(specify means of service and authorizing code section):*

   [ ]   Additional page describing service is attached.

6   The "Notice to the Person Served" (on the summons) was completed as follows:

   a.   [ ]   as an individual defendant.
   b.   [ ]   as the person sued under the fictitious name of *(specify):*
   c.   [ ]   as occupant.
   d.   [✓]   On behalf of *(specify):*
      under the following Code of Civil Procedure section:

|  |  |
|---|---|
| [✓] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
|  | [ ] other: |

7.   **Person who served papers**
   a.   Name: Sylvia Owen
   b.   Address: 1200 3rd Avenue, Suite 1321, San Diego, CA 92101
   c.   Telephone number: (619) 544-6400
   d.   **The fee for service was:** $
   e.   I am:
      (1) [ ]   not a registered California process server.
      (2) [ ]   exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ]   a registered California process server:
         (i) [ ] owner    [ ] employee    [ ] independent contractor
         (ii) Registration No.:
         (iii) County:

8   [✓]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9.   [ ]   **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: March 7, 2008

| Sylvia Owen | [signature] |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE ) |

EXHIBIT E

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher e. filos
Hope
820 w. Merwin Rand
pt. Gilerd, OH
43338

2. Article Number
(Transfer from service label)     7007 1490 0001 2706 9803

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]   □ Agent
                 □ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
                                      3-4-2

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)      □ Yes

# EXHIBIT F

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Lori Patterson [lori.patterson@baileycavalieri.com] on behalf of Timothy Riedel [timothy.riedel@baileycavalieri com] |
| **Sent:** | Monday, March 24, 2008 11:17 AM |
| **To:** | Gabriel Hedrick |
| **Cc:** | Timothy Riedel |
| **Subject:** | Taylor's Industrial/Welltec Machinery USA, Inc. |
| **Attachments:** | Letter to Creditors pdf |

Dear Mr. Hedrick:

As we discussed, attached is the proposal forwarded to unsecured nonpriority creditors.  Please let us know if your client wishes to accept the proposal.  As we further discussed, Taylor's Industrial has until April 14, 2008 in which to move or plead to the Complaint you filed on behalf of Welltec Machinery USA, Inc. in the Superior Court of California in and for the County of San Diego, Civil Division.  We appreciate your willingness to grant an extension of time if one becomes necessary.

Very truly yours,

Tim Riedel

Timothy A. Riedel
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone:  (614) 229-3288
Fax:  (614) 221-0479
Timothy.Riedel@BaileyCavalieri.com

*******************************************
CONFIDENTIALITY NOTICE
The information transmitted is intended by Bailey Cavalieri LLC only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by reply e-mail and delete the material from any computer.  ANY FEDERAL TAX ADVICE CONTAINED IN THE FOREGOING IS NOT INTENDED OR WRITTEN BY THE PREPARER OF SUCH ADVICE TO BE USED, AND IT CANNOT BE USED BY THE RECIPIENT, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE RECIPIENT. THIS DISCLOSURE IS INTENDED TO SATISFY U.S. TREASURY DEPARTMENT REGULATIONS.

EXHIBIT G

**Gabriel Hedrick**

**From:**    Timothy Riedel [timothy.riedel@baileycavalieri com]
**Sent:**    Monday, April 14, 2008 11:16 AM
**To:**      Gabriel Hedrick
**Subject:** Welltec Machinery v. Taylor's Industrial

Gabe· confirming our telephone conversation on Friday, April 11, 2008, I understand that your client Welltec Machinery has agreed to a thirty (30) day extension of time in which my client Taylor's Industrial is to move or plead to the complaint filed by Welltec Machinery. You stated that the Court does not require a stipulation or pleading to accomplish this extension. Please confirm that my understanding of the foregoing is correct. Thanks, Tim

Timothy A. Riedel
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: (614) 229-3288
Fax· (614) 221-0479
E-Mail· Timothy Riedel@BaileyCavalieri com

***************************************

CONFIDENTIALITY NOTICE
The information transmitted is intended by Bailey Cavalieri LLC only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by reply e-mail and delete the material from any computer. ANY FEDERAL TAX ADVICE CONTAINED IN THE FOREGOING IS NOT INTENDED OR WRITTEN BY THE PREPARER OF SUCH ADVICE TO BE USED, AND IT CANNOT BE USED BY THE RECIPIENT, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE RECIPIENT. THIS DISCLOSURE IS INTENDED TO SATISFY U.S. TREASURY DEPARTMENT REGULATIONS.

# EXHIBIT H

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Monday, April 14, 2008 11:22 AM |
| **To:** | 'Timothy Riedel' |
| **Cc:** | Tony Handal |
| **Subject:** | RE: Welltec Machinery v. Taylor's Industrial |

Confirmed  The original response due date was April 16, 2008  Thus, the new response date will be May 16, 2008  In looking at the local rules (see Local Rule 2 1 6), it appears 15 days is the maximum time to extend the response time by mutual agreement. Accordingly, an order from the court will be necessary to extend the response date beyond May 1, 2008  As the party seeking the extension, I would request that your firm prepare a stipulation and proposed order and we will sign  Please let me know if you have any questions.  Thanks

Gabe

**Handal & Associates** lawyers and counselors at law
Gabriel G Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone 619 544 6400 • Fax 619 696 0323 • Email  mailto  ghedrick@handal-law com

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

**From:** Timothy Riedel [mailto:timothy.riedel@baileycavalieri.com]
**Sent:** Monday, April 14, 2008 11:16 AM
**To:** Gabriel Hedrick
**Subject:** Welltec Machinery v. Taylor's Industrial

Gabe  confirming our telephone conversation on Friday, April 11, 2008, I understand that your client Welltec Machinery has agreed to a thirty (30) day extension of time in which my client Taylor's Industrial is to move or plead to the complaint filed by Welltec Machinery  You stated that the Court does not require a stipulation or pleading to accomplish this extension. Please confirm that my understanding of the foregoing is correct.  Thanks,  Tim

Timothy A  Riedel
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone:  (614) 229-3288
Fax  (614) 221-0479
E-Mail:  Timothy.Riedel@BaileyCavalieri com
**********************************************

CONFIDENTIALITY NOTICE
The information transmitted is intended by Bailey Cavalieri LLC only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by reply e-mail and delete the material from any computer.  ANY FEDERAL TAX ADVICE CONTAINED IN THE FOREGOING IS NOT INTENDED OR WRITTEN BY THE PREPARER OF SUCH ADVICE TO BE USED, AND IT CANNOT BE USED BY THE RECIPIENT, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE RECIPIENT. THIS DISCLOSURE IS INTENDED TO SATISFY U S. TREASURY DEPARTMENT REGULATIONS.

# EXHIBIT I

**Gabriel Hedrick**

**From:**     Gabriel Hedrick
**Sent:**     Wednesday, April 23, 2008 10:55 AM
**To:**       'Timothy Riedel'
**Cc:**       Tony Handal
**Subject:** Welltec v  Taylor's/HPM

Mr  Riedel,

I'm writing to follow up on my client's counter-offer to Taylor's/HPM as well as the required stipulation and order for extension of time to respond to the complaint   Please provide me with an update at your earliest convenience.  Thanks

Gabe

**Handal & Associates** lawyers and counselors at law
Gabriel G. Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619.696.0323 • Email: mailto: ghedrick@handal-law com

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

EXHIBIT J

Gabriel Hedrick

**From:**       Tony Handal
**Sent:**        Wednesday, April 30, 2008 4:28 PM
**To:**           Gabriel Hedrick
**Subject:**    FW: Welltec Machinery USA, Inc. v. Taylor's Industrial Services, LLC, et al., Case No. 37-2008-00076792-CU-BC-CTL

**Attachments:**  4-30-08 Letter to Anton Handal.pdf


**From:** Lori Patterson [mailto:lori.patterson@baileycavalieri.com] **On Behalf Of** Timothy Riedel
**Sent:** Wednesday, April 30, 2008 1:43 PM
**To:** Tony Handal
**Cc:** Timothy Riedel
**Subject:** Welltec Machinery USA, Inc. v. Taylor's Industrial Services, LLC, et al., Case No. 37-2008-00076792-CU-BC-CTL

Dear Mr. Handal,

Please see the attached correspondence regarding the above-referenced matter.

Thank you.

Tim Riedel

Timothy A. Riedel
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone:  (614) 229-3288
Fax:  (614) 221-0479
Timothy.Riedel@BaileyCavalieri.com

*********************************
CONFIDENTIALITY NOTICE
The information transmitted is intended by Bailey Cavalieri LLC only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by reply e-mail and delete the material from any computer. ANY FEDERAL TAX ADVICE CONTAINED IN THE FOREGOING IS NOT INTENDED OR WRITTEN BY THE PREPARER OF SUCH ADVICE TO BE USED, AND IT CANNOT BE USED BY THE RECIPIENT, FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON THE RECIPIENT. THIS DISCLOSURE IS INTENDED TO SATISFY U.S. TREASURY DEPARTMENT REGULATIONS.

# BAILEY CAVALIERI LLC

ATTORNEYS AT LAW

One Columbus    10 West Broad Street, Suite 2100    Columbus, Ohio  43215-3422
telephone 614.221.3155    facsimile 614.221.0479
www.baileycavalieri.com

direct dial:  614.229.3288
email:  Timothy.Riedel@BaileyCavalieri.com

April 30, 2008

Anton Handal, Esq.                         Via E-Mail : anh@handal-law.com
Handal & Associates                        and First Class U.S. Mail
1200 Third Avenue, Suite 1321
San Diego, CA 92101

Re:   Welltec Machinery USA, Inc. v. Taylor's Industrial Services, LLC, et al.
      Case No. 37-2008-00076792-CU-BC-CTL

Dear Mr. Handal:

This letter serves to confirm our telephone conversation today regarding an extension of time in which Taylor's Industrial has to move or plead to the Complaint filed in the above-referenced action. As we discussed, Taylor's recently advised us of the pendency of this action and is currently seeking to retain local counsel should the matter not be resolved. As we further discussed, we have been engaged in settlement discussions and the exchange of information. Mr. Hedrick and I have previously agreed to an extension of time to mid-May. I understand that this letter will assist you in obtaining Court approval of that extension. We appreciate your efforts and professional courtesy and look forward to working with you to resolve this matter.

Very truly yours,

BAILEY CAVALIERI LLC

Timothy A. Riedel

TAR/lap

#556315v1
77505/03922

EXHIBIT K

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Tuesday, May 06, 2008 3:20 PM |
| **To:** | 'Timothy Riedel' |
| **Subject:** | Welltec v. Taylors |
| **Attachments:** | CIV144 pdf |

Tim,

Attached is a local form that your client needs to fill out regarding our agreed upon extension of time for your client to respond.  If your client has not yet retained local counsel.  I believe this is the appropriate form in lieu of a stipulation and order   Your client will just need to fill in the reasons for the inability to respond, e.g., parties agreed to extend time to respond until May 16, 2008 while parties attempted to negotiate settlement and Defendant attempted to retain local counsel   Please call if you have any questions.

Gabe

---

**Handal & Associates** lawyers and counselors at law
Gabriel G  Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619 544 6400 • Fax: 619 696 0323 • Email:  mailto: ghedrick@handal-law com

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | |

TELEPHONE NO.:        FAX NO.:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| PLAINTIFF(S)/PETITIONER(S) | ☐ I/C JUDGE |
|---|---|
| | ☐ MASTER CALENDAR |
| DEFENDANT(S)/RESPONDENT(S) | DEPT |
| **CERTIFICATE OF:** **PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT** **(San Diego Superior Court Rules: Division II, rules 2.5, 2.6, 2.7, 2.34; Division IV rules 4.169 & 4.170)** | CASE NUMBER |

MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.

The ☐ plaintiff(s)   ☐ defendant(s) in the above-entitled case, by and through their attorney(s) _____ certify that: *(CHECK ONE BOX)*

3C1 ☐  Plaintiff has been unable to serve the complaint on defendant(s) _____
                                                (May list more than one defendant)

3C1 ☐  Plaintiff requests stay under claim for uninsured/underinsured as to: _____
                                                (ALL or list individual(s))

3C5 ☐  Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐  Plaintiff served defendant on _____, but was unable to request entry of default.

Therefore, it is requested that the time be extended until _____ for filing of a(n):

        ☐ CERTIFICATE OF SERVICE (SDSC CIV-345)
        ☐ ANSWER OR OTHER DEFENDANT APPEARANCE
        ☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s): _____

_____

_____

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Dated: _____

                                      SIGNATURE OF ATTORNEY(S)

**FOR COURT USE ONLY**

☐ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: _____

☐ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _____ AT: _____ M. DEPT _____
    ☐ INSUFFICIENT REASON FOR DELAY OF CASE.
    ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY.

DATED: _____

                                        JUDGE OF THE SUPERIOR COURT

☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate on all counsel concerned.

**CERTIFICATE OF:**
**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**

# EXHIBIT L

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Tanya M. Schierling [TSchierling@swsslaw.com] |
| **Sent:** | Monday, May 19, 2008 8:54 PM |
| **To:** | Gabriel Hedrick |
| **Subject:** | Welltec v. Taylor's |
| **Importance:** | High |

Dear Gabriel,

My firm has been retained by Taylor's in the lawsuit filed by Welltec in Superior Court. On Friday we filed a notice of removal to federal court and, for Taylor's responsive pleading, intend to file a motion to dismiss for lack of personal jurisdiction & improper forum or, alternatively, to stay the action pending arbitration or, alternatively, to transfer the case to federal court in Ohio. I understand from my client that, other than transport of the equipment through the port of entry at Long Beach, CA, there is no other nexus for this case to be in California. If plaintiff believes such a nexus exists, please provide me with those facts so that I can advise my client accordingly. Also, to avoid the expense and time that our anticipated motions will require, will Welltec stipulate to dismiss and refile the case in (or transfer the case to) Ohio? Given the very short timeframe we have to work with (pursuant to FRCP 81(c), I believe Taylor's must file a responsive pleading within 5 days of the notice of removal), I'd ask that you let me know if your client will stipulate to a dismissal/transfer by noon tomorrow. Understanding you may require more time, I would alternatively suggest we stipulate to extend by 15 days the date by which Taylor's must file its responsive pleading in federal court.

I will be in a deposition out of the office all day tomorrow, but please either give me a call or send me an email--I will be checking both regularly throughout the day.

Thank you,
Tanya Schierling



Tanya M. Schierling
Partner
(t) 619.238.4824
(f) 619.615.7924
tschierling@swsslaw.com

401 B Street Suite 1200 | San Diego CA 92101 | www.swsslaw.com

Please read the legal disclaimers that govern this email and any attachments.
Please consider the environment before printing this

6/13/2008

# EXHIBIT M

**Gabriel Hedrick**

**From:**    Tanya M. Schierling [TSchierling@swsslaw.com]
**Sent:**    Wednesday, May 21, 2008 7:01 PM
**To:**      Gabriel Hedrick
**Subject:** Re: Welltec v. Taylor's

Gabe,
Thanks for your voicemail. I hope to hear from you tomorrow (Thursday) morning. If you don't have a definitive answer from your client by then re stipulating to transfer the case to Ohio, would you grant us a 10 day extensipn of time to file our responsive pleading?


----- Original Message -----
From: Tanya M. Schierling
To: 'ghedrick@handal-law.com' <ghedrick@handal-law com>
Sent: Mon May 19 20:54:28 2008
Subject: Welltec v. Taylor's

Dear Gabriel,

My firm has been retained by Taylor's in the lawsuit filed by Welltec in Superior Court. On Friday we filed a notice of removal to federal court and, for Taylor's responsive pleading, intend to file a motion to dismiss for lack of personal jurisdiction & improper forum or, alternatively, to stay the action pending arbitration or, alternatively, to transfer the case to federal court in Ohio. I understand from my client that, other than transport of the equipment through the port of entry at Long Beach, CA, there is no other nexus for this case to be in California. If plaintiff believes such a nexus exists, please provide me with those facts so that I can advise my client accordingly. Also, to avoid the expense and time that our anticipated motions will require, will Welltec stipulate to dismiss and refile the case in (or transfer the case to) Ohio? Given the very short timeframe we have to work with (pursuant to FRCP 81(c), I believe Taylor's must file a responsive pleading within 5 days of the notice of removal), I'd ask that you let me know if your client will stipulate to a dismissal/transfer by noon tomorrow. Understanding you may require more time, I would alternatively suggest we stipulate to extend by 15 days the date by which Taylor's must file its responsive pleading in federal court.

I will be in a deposition out of the office all day tomorrow, but please either give me a call or send me an email--I will be checking both regularly throughout the day.

Thank you,
Tanya Schierling



<http://www.swsslaw.com/>
 <http://www.swsslaw.com/>  <http://www.swsslaw.com/>

    Tanya M Schierling
Partner
(t) 619.238.4824
(f) 619.615.7924
tschierling@swsslaw com


401 B Street Suite 1200 | San Diego CA 92101 | www.swsslaw com <http://www.swsslaw.com/>


Please read the legal disclaimers <http://www.swsslaw.com/disclaimers/> that govern this email and any attachments.
P Please consider the environment before printing this.

# EXHIBIT N

**Gabriel Hedrick**

**From:**    Gabriel Hedrick
**Sent:**    Thursday, May 22, 2008 3:54 PM
**To:**    'Tanya M. Schierling'
**Cc:**    Tony Handal
**Subject:**    RE: Welltec v. Taylor's

Tanya,

Mr Handal was not able to meet with our client yesterday, but is expected to meet with them sometime today (Hong Kong time). My only reservation regarding your request for an extension of time to respond is that we served your client with the Complaint in early March and have already approved two extensions requested by Timothy Riedel. My client has already expressed concern that this matter has been postponed for too long. However, I will have Mr. Handal pass your request on to our client and I will let you know their response as soon as possible.

Also, in my voicemail message to you yesterday, I asked you about arbitration. If your client's intention is to move to transfer the case to Ohio and then move to compel arbitration, maybe we ought to discuss the arbitration issue before you expend the time on your motions. If you can provide me your thoughts on the issue this afternoon, I can pass them on to my client so they can make a more informed decision regarding how to proceed regarding your request to transfer and your request for an extension of time to respond. Thanks.

Gabe

**Handal & Associates** lawyers and counselors at law
Gabriel G Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619.696.0323 • Email: mailto: ghedrick@handal-law.com

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE

**From:** Tanya M. Schierling [mailto:TSchierling@swsslaw.com]
**Sent:** Wednesday, May 21, 2008 7:01 PM
**To:** Gabriel Hedrick
**Subject:** Re: Welltec v. Taylor's

Gabe,
Thanks for your voicemail. I hope to hear from you tomorrow (Thursday) morning. If you don't have a definitive answer from your client by then re stipulating to transfer the case to Ohio, would you grant us a 10 day extension of time to file our responsive pleading?

----- Original Message -----
From: Tanya M. Schierling
To: 'ghedrick@handal-law.com' <ghedrick@handal-law.com>
Sent: Mon May 19 20:54:28 2008
Subject: Welltec v Taylor's

Dear Gabriel,

My firm has been retained by Taylor's in the lawsuit filed by Welltec in Superior Court. On Friday we filed a notice of removal to federal court and, for Taylor's responsive pleading, intend to file a motion to dismiss for lack of personal jurisdiction & improper forum or, alternatively, to stay the action pending arbitration or, alternatively, to transfer the case to federal court in Ohio. I understand from my client that, other than transport of the equipment through the port of entry at Long Beach, CA, there is no other nexus for this case to be in California. If plaintiff believes such a nexus exists, please provide me with those facts so that I can advise my client accordingly. Also, to avoid the expense and time that our anticipated motions will require, will Welltec stipulate to dismiss and refile the case in (or transfer the case to) Ohio? Given the very short timeframe we have to work with (pursuant to FRCP 81(c), I believe Taylor's must file a responsive pleading within 5 days of the notice of removal), I'd ask that you let me know if your client will stipulate to a dismissal/transfer by noon tomorrow. Understanding you may require

more time, I would alternatively suggest we stipulate to extend by 15 days the date by which any responsive pleading in federal court.

I will be in a deposition out of the office all day tomorrow, but please either give me a call or send me an email--I will be checking both regularly throughout the day.

Thank you,
Tanya Schierling

<http://www.swsslaw.com/>
 <http://www.swsslaw.com/>   <http://www.swsslaw.com/>

    Tanya M. Schierling
Partner
(t) 619.238.4824
(f) 619.615.7924
tschierling@swsslaw.com


 401 B Street Suite 1200 | San Diego CA 92101 | www.swsslaw.com <http://www.swsslaw.com/>


Please read the legal disclaimers <http://www.swsslaw.com/disclaimers/>  that govern this email and any attachments
P Please consider the environment before printing this.

6/13/2008

# EXHIBIT O

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Tuesday, May 27, 2008 5:41 PM |
| **To:** | 'Tanya M. Schierling' |
| **Cc:** | Tony Handal |
| **Subject:** | Welltec v. Taylor's |

Tanya,

I apologize for not getting back to you on Friday. Because of the time difference in Hong Kong, I was not able to communicate with Mr. Handal before the close of business on Friday. Mr. Handal did speak with our client contact in Hong Kong and Welltec is willing to stipulate to a venue transfer. Please provide me with a draft stipulation to review. Thank you and I apologize for the unavoidable delay in getting back to you

Gabe

---

**Handal & Associates** lawyers and counselors at law
Gabriel G. Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619.696.0323 • Email: mailto: ghedrick@handal-law.com

---

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

6/13/2008

# EXHIBIT P

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Tanya M. Schierling [TSchierling@swsslaw.com] |
| **Sent:** | Thursday, May 29, 2008 9:10 PM |
| **To:** | Gabriel Hedrick |
| **Cc:** | Tony Handal |
| **Subject:** | RE: Welltec v. Taylor's |

Gabe,
I have been trying to get in touch with my client. I will get back to you once I have done so. Thanks for the email.

Tanya

**From:** Gabriel Hedrick [mailto:GHedrick@Handal-Law.com]
**Sent:** Tuesday, May 27, 2008 5:41 PM
**To:** Tanya M. Schierling
**Cc:** Tony Handal
**Subject:** Welltec v. Taylor's

Tanya,

I apologize for not getting back to you on Friday. Because of the time difference in Hong Kong, I was not able to communicate with Mr. Handal before the close of business on Friday. Mr. Handal did speak with our client contact in Hong Kong and Welltec is willing to stipulate to a venue transfer. Please provide me with a draft stipulation to review. Thank you and I apologize for the unavoidable delay in getting back to you.

Gabe

---

**Handal & Associates** lawyers and counselors at law
Gabriel G. Hedrick • 1200 Third Avenue. • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619.696.0323 • Email: mailto: ghedrick@handal-law.com

---

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE

EXHIBIT Q

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Wednesday, June 04, 2008 8:45 AM |
| **To:** | 'Tanya M. Schierling' |
| **Subject:** | Welltech v. Taylor's |

Hi Tanya,

I'm just following up on my request to stipulate to the venue transfer.  Have you had an opportunity to talk to your clients about that yet?  I'd like to figure out where we are soon so that, if we stipulate, we can get it on file before the opposition to your motion is due.  Thanks.

Gabe

**Handal & Associates** lawyers and counselors at law
Gabriel G. Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619 544 6400 • Fax: 619 696 0323 • Email: mailto: ghedrick@handal-law.com

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

# EXHIBIT R

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Gabriel Hedrick |
| **Sent:** | Monday, June 16, 2008 9:38 AM |
| **To:** | 'Tanya M. Schierling' |
| **Cc:** | 'mvasseghi@swsslaw.com'; Tony Handal |
| **Subject:** | Welltec v. Taylor's |
| **Attachments:** | 06.16.08 Transfer Stip.doc |

Tanya,

I was out of the office Friday afternoon and unfortunately did not receive your voice mail message until this morning. Attached is a draft stip and order to transfer venue. Please let me know if you have any changes. If not, please sign and send the signature page out to me and I will have the document filed today.

Also, in a few of my messages to you, I asked you about whether Taylor's will ultimately be seeking to compel arbitration. You have not yet responded to this question. Your motion to transfer seeks to compel arbitration as an alternative to transfer to the District Court in Ohio, but I'm not clear whether that is ultimately where Taylor's wants to go. If so, please let me know so we can discuss arbitration as an alternative to commencing litigation in Ohio. Thanks.

Gabe

---

**Handal & Associates** lawyers and counselors at law
Gabriel G Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619.696.0323 • Email: mailto: ghedrick@handal-law.com

---

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E MAIL AND THEN DELETE THIS MESSAGE

1   ANTON N. HANDAL, ESQ (SBN: 113812)
    PAMELA C. CHALK, ESQ. (SBN # 216411
2   GABRIEL G. HEDRICK, ESQ. (SBN # 220649)
    **HANDAL & ASSOCIATES**
3   1200 Third Avenue, Suite 1321
    San Diego, CA 92101
4   Tel.: 619.544.6400
    Fax: 619.696.0323

5

6   Attorneys for Plaintiff

7

8                **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   WELLTEC MACHINERY USA, INC., a     )   Case No.: 08CV0877 BEN (LSP)
    California Corporation as assignee of WELLTEC )
12   MACHINERY, LIMITED, a Hong Kong      )
    registered Company,                   )
13                             )   **STIPULATION AND ORDER TO**
                            )   **TRANSFER ACTION**
14            Plaintiff,              )
                            )
15        v.                      )   Judge:  Roger T. Benitez
                            )   Ctrm:  3
16   TAYLOR'S INDUSTRIAL SERVICES, LLC   )
    a/k/a HPM DIVISION, and DOES 1 through 100. )
17           Defendants.           )
18  _____ )

19       The parties to this action stipulate, through their undersigned counsel, that the action

20 now pending in the above-entitled Court shall be transferred for all purposes to the Southern

21 District of Ohio.  It is further stipulated that the costs and fees for this transfer shall be paid

22 jointly by the parties.

23 *///*

24 *///*

25 *///*

26 *///*

27 *///*

28 *///*

-1-

1    **IT IS SO STIPULATED.**

2                                      **HANDAL & ASSOCIATES**

3

4

5    DATED: _____    By: _____

6                          Gabriel G. Hedrick
                            Attorneys for Plaintiff,
7                          WELLTEC MACHINERY USA, INC. as assignee of
                            WELLTEC MACHINERY LIMITED
8

9                          **SOLOMON WARD SEIDENWURM & SMITH LLP**

10

11

12   DATED: _____    By: _____

13                          Tanya M. Schierling
                            Michael M. Vasseghi
14                         Attorneys for Defendant,
                            TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a
15                         HPM DIVISION

16

17   **IT IS SO ORDERED.**

18

19

20   Dated: _____    _____
                                    U.S. DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28

-2-

# EXHIBIT S

**Gabriel Hedrick**

| | |
|---|---|
| **From:** | Tanya M. Schierling [TSchierling@swsslaw.com] |
| **Sent:** | Monday, June 16, 2008 6:30 PM |
| **To:** | Gabriel Hedrick |
| **Cc:** | Michael M. Vasseghi; Tony Handal |
| **Subject:** | RE: Welltec v. Taylor's |

Gabe,
Thanks for drafting the stipulation  Recall that I had attempted to avoid my client incurring the expense of bringing this motion by asking for your client's stipulation to transfer on the Monday before the Friday our motion was due.  Understanding your client might need time to consider the request, I alternatively proposed a 10-15 day extension of time so that my client would not spend the money on the motion only to find out that your client was willing to stipulate to a transfer.  Your client was not willing to grant the extension, but then two days after we filed our motion, agreed to transfer venue.  My client should therefore be compensated for incurring this unnecessary expense.  The stipulation should provide that the fees and costs associated with the transfer should be borne by your client  I don't have all of the filing and service costs in to my accounting department yet but my rough estimate of the fees and costs is $7,500

Thanks,
Tanya


**From:** Gabriel Hedrick [mailto:GHedrick@Handal-Law.com]
**Sent:** Monday, June 16, 2008 9:38 AM
**To:** Tanya M. Schierling
**Cc:** Michael M. Vasseghi; Tony Handal
**Subject:** Welltec v. Taylor's

Tanya,

I was out of the office Friday afternoon and unfortunately did not receive your voice mail message until this morning.  Attached is a draft stip and order to transfer venue  Please let me know if you have any changes  If not, please sign and send the signature page out to me and I will have the document filed today.

Also, in a few of my messages to you, I asked you about whether Taylor's will ultimately be seeking to compel arbitration.  You have not yet responded to this question.  Your motion to transfer seeks to compel arbitration as an alternative to transfer to the District Court in Ohio, but I'm not clear whether that is ultimately where Taylor's wants to go.  If so, please let me know so we can discuss arbitration as an alternative to commencing litigation in Ohio.  Thanks.

Gabe

---

**Handal & Associates** lawyers and counselors at law
Gabriel G Hedrick • 1200 Third Avenue • Suite 1321 • San Diego • California • 92101 • Phone: 619.544.6400 • Fax: 619 696 0323 • Email: mailto: ghedrick@handal-law.com

---

THIS MESSAGE AND ANY ATTACHED DOCUMENTS CONTAIN INFORMATION FROM THE LAW FIRM OF HANDAL & ASSOCIATES THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

EXHIBIT T



| Trade Fair Dates | Innovations | Taylors | Worldwide | Careers |



Welcome to HPM America





**Is your company located in California, Arizona, Utah, Nevada...**

**Complete Plastics Systems of Acworth, Georgia will represent HPM...**

**Are you working out of the Illinois or Wisconsin area?**

Taylors

- Request Information
- Request a Quote
- Newsletter
- Press Releases
- Glossary
- Management team
- Contact Us
- History
  - Taylor's
  - HPM

**Milian, Italy**





### International News Channel France 24 Filming at HPM / Mt. Gilead
*Mount Gilead, OH   February 25, 2008*

As costs for traditional fossil fuel sources keep increasing along with production costs to manufacture electricity many people, communities and government agencies have started to look towards a free "green" renewable energy source - wind.

Wind generated electricity is now very close in cost to the power from conventional utility generation in some locations. Wind energy is the world's fastest growing energy source and will power industry, businesses and homes with clean, renewable electricity for many years to come. HPM, A Division of Taylor's Industrial Services, LLC  for 130 years has been manufacturing and



supplying injection molding, die cast and extrusion systems to a world wide market.

In 2006 HPM entered into a new and exciting field of contract manufacturing of large components for wind turbines. HPM has recently expanded and launched new state of the art wind energy manufacturing centers at its facilities in Mt. Gilead, Ohio.

On Wednesday, February 27th Mr. Guillaume Meyer and a film crew from the French International TV channel France 24 will be at HPM to do a short piece on HPM's involvement in the wind energy industry.

France 24 has positioned itself as a genuine challenger of the historic channels such as CNN, the BBC or Al Jazeera offering programming in French, English and Arabic to countries all over the world. and through 24 hour worldwide streaming exclusively on the internet.

France 24 has an international brand awareness of which ranges from 25% to 85% depending on the geographical area.

In Europe France 24 achieved a weekly market share of 9% as soon as it was launched in 2006, which is double Al Jazeera's figure (4%) and one third that of BBC World (27%)   Source EOLS April/July 2007

coming in top among international news sites in Germany, Italy, Spain and France. It is an internationally recognized site, with 84% of its audience outside France. Source Nielsen NetRatings September 2007



Taylor's Industrial Services LLC is a leader in manufacturing, heavy-duty hauling, aviation and property management. Its HPM Division manufactures and supplies extrusion systems, injection molding machines and die casting equipment from its headquarters in Mount Gilead, Ohio, U.S.A. HPM Division maintains a network of manufacturer representatives and consultants that cover Mexico/Latin America, China and the Pacific Rim, and Europe. In the U.S. and Canada, HPM Division works directly with customers.

Founded in 1877, HPM has a proven history in quality, service and innovation. HPM offers equipment remanufacturing, and aftermarket parts and services through Taylor Support Services (TSS).

In an effort to keep up with the global demand for its' plastic processing equipment and to tap into an exciting new market HPM opened an operations office in Chennai, India in 2006 that houses sales, service, support and engineering. HPM is also in discussions to develop a future manufacturing facility in the region.





Image1                    Image2

⬆ Top

**Is your company located in California, Arizona, Utah, Nevada...**

Is your company located in California, Arizona, Utah, Nevada or 50 miles over the Mexican border from California and Arizona then call The Dabr Company of Fullerton, CA our representatives for Extrusion, injection molding and die cast machines  JR Duff, President of Dabr will be welcome your call  The number is 714-996-7710

# EXHIBIT U

## New England

- **GAP Plastics**
  49 Sheffield Terrace
  Marlboro, MA 01752

  ph. 508-229-0635
  fax  508-2290635

  Contact:
  Dick McGrath

  Mickey Blyskal

## Mid-Atlantic

- **Adam Kreuter Associates**
  140 Metro Park
  Rochester, NY 14623

  ph. 716-426-4070
  fax. 716-426-4096

  Contact:
  Jim Carlin
  Joe Oliveri

- **Adam Kreuter Associates - PA Office**
  1115 Powell Avenue
  Erie, PA16505

  ph. 814-833-6599
  fax  814-833-6642

  Contact:

  Steve Wright

## Southeast

- **Complete Plastic Systems, Inc.**
  645 Henderson Drive, Suite 5
  Cartersville, GA 30120

  ph. 770-424-2942
  fax. 770-974-9289

  Contact:
  Scott Jacobs
  Lance Jacobs
  Frank Ruff

  Wes Moffitt

## Midwest/Southwest

- **Barry Sales Engineering, Inc.**

ph. 314-821-2525
fax. 314-821-8467

Contact:
Chris Barry

Timothy Ducey

- **Barry Sales Engineering, Inc.**
  8234 Robinson Street
  Overland Park, KS 66204

  ph. 913-642-0270
  fax. 913-649-6149

  Contact:
  Jeffery Ross
  Nick Klukvin

- **Bear Machinery Sales**
  14924 Poplar Road
  PO Box 734
  Orland Park, IL 60462-0734

  ph. 708-403-2327
  fax. 708-403-4643

  Contact:
  Ron Kudirka

  Bob Meskimen

- **Millholland-Conrad, Inc.**
  17735 Commerce Drive
  Westfield, IN 46074

  ph. 317-867-4848
  fax. 317-896-9539

  Contact:
  Steve Griffith
  Bill Millholland
  Brian Scoggin
  Bob Grzegorek

  John L. Stumpf
  ph. 812-544-2609
  fax. 812-544-2609

  Ron Hebert
  1058 Mount Vernon Drive
  Greenwood, IN 46142
  ph. 317-865-1408
  fax. 317-865-0245

  Mark Padgett
  1519 Crown Point Lane
  Loveland, OH 45140
  ph  513-683-9846

  fax  513-683-9847

## Mountain/West

- **Total Plastics**
  **A Division of Total Machinery Sales, Inc.**
  12121 NE 99th Street
  Vancouver, WA 98682

  ph. 360-260-5034
  fax. 360-260-5110

  Contact:
  David Austin

- **DABR Industries**
  920 Via Rodeo Drive
  Placentia, CA 92870

  ph. 714-996-7710
  fax  714-986-2266

  Contact:
  J.R. Duff
  Boyd Renner

  Eric Tochner

# Canada

- **Hamilton Avetec, Inc.**
  260 Brunel Road
  Mississauga, ONT L4Z 1T5

  ph. 905-568-1133
  fax. 905-568-0785

  Contact:
  Richard Hamilton
  Tony Rodrigues
  Barry Quigg
  Ludwig Stegu
  Leslie Joanovits

  Paul Walters

- **Hamilton Avetec, Inc. - Quebec Office**
  3214 Rue Francis-Hughes
  Laval, QUE H7L 5A7

  ph. 450-688-6070
  fax. 450-668-1993

  Contact:
  Jaques Lemay

  Rejean Malette

- **Total Plastics**
  7218 Progress Way, Suite 8
  Delta, BC V4G 1H2

  ph. 604-946-8115
  fax. 604-946-5999

  Contact:

# EXHIBIT V

THE FREE LIBRARY
BY FARLEX
4,405,386 articles and books

⌄ Periodicals  ˙ Literature

Member login
User name
Password

[ Search ]

˙ Keyword  ˙ Title  ˙ Author  ˙ Topic

[ Login ]  ☐ Remember me
Join us  Forgot password

Submit articles free

The Free Library > Business and Industry > Business > Rubber World > May 1, 1999
The Free Library > Business and Industry > Chemicals, plastics and rubber > Rubber World > May 1, 1999
The Free Library > Date > 1999 > May > 1 > Rubber World

# Chronos Richardson secures contract with Optimit A.S.

SSO Authentication Paper                           Ads by Google
Learn about managing Smart Cards and tokens from one Admin framwork
Imprivata.com/HIPAA

Contract Law
Free Contract Law info Find what you're looking for!
www.ixquick.com

SQF Training Compliance
Safe Quality Food (SQF) compliance gets easier with SISTEM training.
www.SISTEMtraining.com

Link to this page

Chronos Richardson, Nottingham, U.K., has secured a contract with specialist hose manufacturer Optimit A.S., a member of the Semperit Group. Valued at over 400,000, [pounds sterling] the contract involves supplying small chemical weighing systems to Optimit's factory in the Czech Republic. Optimit's advanced rubber and plastic hose manufacturing processes are certified to ISO 9001. For this order, Chronos Richardson has integrated five different elements into a weighing and batching control system for the precision preparation of small chemical powders and special liquids.

The Injection Molding Business Unit of HPM, Mount Gilead, OH, a manufacturer of injection molding machines, extrusion systems and die casting machines, has named CNSMITH Plastics Machinery Sales, Georgetown, Ontario, Canada, as its exclusive sales representative for its entire range of injection molding machinery, as well as remanufactured machines. HPM's Injection Molding Business Unit also named DABR Industries, Placentia, CA, as its sales representative. The firm will represent HPM in all of California, Arizona, Nevada, Utah and the border states of Mexico.

NY Business Disputes                               Ads by Google
Know your options. Get advice Flexible Contingency Fees
www.crosbyhiggins.com

Talk To A Lawyer Now
Fill Out Our Form - Free Contract Lawyers Respond Fast
www.FindLawyersAttorneys.com

Ciba Specialty Chemicals, Performance Polymers and Z Corp., Somerville, MA, announced a research and development partnership to generate new materials for the rapid generation of three-dimensional models and prototypes.

Ford Motor announced that NRI Industries, Toronto, Ontario, Canada, has met all Ford requirements for full service supplier status.

GreenMan Technologies, Lynnfield, MA, reported that its Georgia-based subsidiary, GreenMan Techologies of Georgia, has completed the clean-up of nearly one million scrap tires and residual piled near Roberta, GA, after receiving a contract from the Georgia Department of Natural Resources. GreenMan now expects to begin cleaning up a 1.35 million scrap tire pile near Savannah, GA, relative to an additional contract with the Georgia Department of Natural Resources.

M.F. Cachat, Cleveland, OH, has been selected by Kerr-McGee Chemical LLC to represent their rutile and anatase Ti[O.sub.2] product lines, under the tradename of Tronox, in the midwest, including Ohio, Michigan, Kentucky, West Virginia, southern Indiana, western Pennsylvania and western New York.

ISA, the International Society for Measurement and Control, and VDI/VDE-GMA Gesellschaft Mess- Und Automatisierungstechnik (the Society for Measurement and Automatic Control), signed an agreement defining future cooperation and joint activities between the two societies.

Recent distribution agreements with technical book publishers Technomic, SPE and Kluwer (incorporating Chapman & Hall and Plenum) are said to have confirmed Rapra Technology as the leading global supplier of polymer-related publications. These agreements add to those already established in less than 18 months with publishing houses Wiley VCH, TAPPI, Woodhead, Institute of Materials and the longer standing agreement with the USA Plastics Design Library (now incorporating Chemtec and Noyes Publications). They will add over 150 polymer titles to the 500 in the Rapra 1998 Publications Catalog

## Article Details

⎙ Printer friendly   ⌘ Cite/link   ✉ Email   ✎ Feedback

Comment: Chronos Richardson secures contract with Optimit A.S.

Publication: Rubber World

Geographic Code: 4EUUK

Date: May 1, 1999

Words: 541

Previous Article: Ferro acquires Advanced Polymer Compounding.

Next Article: Goodyear repeats as "Most Admired Company"

Topics: Hose (Equipment)
  Plastic hose
  Plastics industry
    Contracts
  Rubber industry
    Contracts

UPCOMING PROGRAMS
• Creating and Leading High-Performing Teams
• Critical Thinking: Real-World, Real-Time Decisions
• Wharton Marketing Metrics™: Linking Marketing to Financial Consequences
• Executive Negotiation Workshop: Bargaining for Advantage℠

ⓦ Wharton Executive Education

[click for more info]

## Related Articles

Rubena. (Polish rubber factory has Chronos Richardson build new millroom) (Brief Article)

Stomil. (orders equipment from Chronos Richardson) (Brief Article)

Chronos Richardson Ltd. (Contracts, Licenses) (Brief Article)

Chronos Richardson. (Batch Blending Group forms manufacturer's representative network)(Contracts, Licenses) (Brief Article)

Chronos Richardson.(signs contract with BTR Industrial Products Co. for batch transfer and mixer feed system)(Brief Article)

Chronos Richardson Batching Systems Group. (names Rolf Schlicht GmbH its representative for Austria, Germany and Switzerland)(Brief Article)

Chronos Richardson Batching Systems Group. (to supply equipment to Turkey's Beltan A.S. and Compania Ecuadoriana del Caucho)(Contracts...

Chronos Richardson. (contract with Empresa Industrial)(Brief Article)

Engineers from BMH Chronos Richardson's Weighing and Batching Systems subsidiary office in Kuala Lumpur have commissioned equipment for a project...

Elevator system (Up Front)

International Marketing (IMI), makers of Equal Tire Performance, a dry granular polymer formula that can be injected into tires through the valve stem to provide accurate, continuous, maintenance-free balancing for the life of the tread, announced the signing of an agreement that made Valvoline a distributor of Equal for commercial heavy duty applications. IMI has also been granted parts manufacturer approval by the Federal Aviation Administration

Entela, Grand Rapids, MI, announced the formation of Entela Hong Kong Ltd , a 50-50 joint venture with the Hong Kong Standards and Testing Centre

COPYRIGHT 1999 Lippincott & Peto, Inc.
No portion of this article can be reproduced without the express written permission from the copyright holder.

Copyright 1999, Gale Group. All rights reserved. Gale Group is a Thomson Corporation Company

**Please bookmark with social media, your votes are noticed and appreciated:**



How to Run Car on Water ?                                                    Ads by Google
Discover How to Double Your Car Mileage By Running Car with Water
www.RunsYourCarWithWater.com

Breach of Contract Lawyer
Aggressive Trial Law Firm. Proven Results  Serious Contract Cases
HarrisonGavinLongLawFirm.Com

Reader ratings·                    0 [0 vote(s)] You can rate this article by selecting 1 to 5 stars on the left.

**Reader Opinion**

Title·

Comment:

[ Submit ]

Breach Of Contract Law                                                      Ads by Google
Guide to Breach Of Contract Law Find contract help & resources
nawbonyc.org

Contract Packaging
Contract Packaging sites Save on Contract Packaging
sortprice.com

Ask A Lawyer Online Now
12 Lawyers Are Online! Ask A Question, Get An Answer ASAP
Law.JustAnswer.com

Contracts Manufacturer
Find contracts manufacturer online  Visit our online guide
FondestAwake.com

The Free Library > Business and Industry > Business > Rubber World > May 1, 1999
The Free Library > Business and Industry > Chemicals, plastics and rubber > Rubber World > May 1, 1999
The Free Library > Date > 1999 > May > 1 > Rubber World

| Publications by Name | Publications by Date | Authors | Literature |
|---|---|---|---|
| A·D·E·O·P·T·U·Z | 74 75 78 80 82 84 85 86 87 88 89 90 91 92 93 | A B C D E F G H I J K L M | A B C D E F G H I J K L M |
|  | 94 95 96 97 98 99 00 01 02 03 04 05 06 07 08 | N O P Q R S T U V W X Y Z | N O P Q R S T U V W X Y Z |

Terms of use | Copyright © 2008 Farlex, Inc. | Feedback | For webmasters | Submit articles

# EXHIBIT W

 **HighBeam** RESEARCH

Find articles, research, and archives

dabr hpm

 Search

Hello, Anas. You are a Basic Member. Log out

Become a Full Member  |  Membership Benefits  |  My Account  |  Help

 Premium article

# DABR named HPM sales rep. (Brief Article)

From· Rubber &amp; Plastics News  Date· April 5, 1999  More results for:  dabr hpm | Copyright information

HPM Corp 's Injection Molding Business Unit named **DABR** Industries its sales representative for California, Arizona, Nevada, Utah and the border states of Mexico

The Placentia, Calif , firm will sell

 Read all of this article with a FREE trial

## More articles about "dabr hpm":

 Mexico firm launches to sell, fix machinery.
Plastics News

 Magazine  NEWS DIGEST.
Rubber & Plastics News II

**Rubber World**  Chronos Richardson secures contract with Optimit A.S.
Rubber World

See all articles about dabr hpm, or try Advanced Search

What's in a FREE trial?

Access more than 3,500 publications like·

Newsweek  AdvertisingAge

HARPERS  The Nation.

 The Washington Post

 Chicago Tribune  Pediatric News

CRAIN'S   PR Newswire

HighBeam gives you access to more than 60 million articles — all in one place!



 Try FREE trial Now!

**Dayton Homes For Sale**
Search the entire Dayton MLS Free Sales and New Listing Updates
www.VictoryAtTheGreene com

**Dayton Real Estate**
Search by Price, Area, Size & Rooms Find Your New Home in Dayton Today.
www Move com/DaytonNJ

**Real Estate Negotiator**
Get your best deal through Vic. Vic Cummins knows this business!
www.viccummins com

**Dayton Commercial Doors**
Equip Your Home or Business With One Of Our Quality Door Options.
www.DcDoorCompany com

V V                                    Ads by Google



Search That Pays You Back

Microsoft Zune 4 GB
Digital Media Player
$120 - $173 at 13 stores

cashback

Live Search    electronics

Find articles, research, and archives

dabr hpm                                    Search

Academic and Education   Business   Government   Health   Lifestyle and Personal Interest   News
Sports and Leisure   Technology and Science

HighBeam™ Research, Inc. © Copyright 2008  All rights reserved
About Us   Advertise with Us   Become a Partner   Customer Support   Site Index   Privacy Policy
Terms & Conditions