ANTON N. HANDAL, ESQ (SBN: 113812)
PAMELA C. CHALK, ESQ. (SBN # 216411
GABRIEL G. HEDRICK, ESQ. (SBN # 220649)
**HANDAL & ASSOCIATES**
1200 Third Avenue, Suite 1321
San Diego, CA 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California Corporation as assignee of WELLTEC MACHINERY, LIMITED, a Hong Kong registered Company,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 through 100.<br>Defendants. | Case No.: 08CV0877 BEN (LSP)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego California. I am over the age of 18 and not a party to this action. My business address is 1200 Third Ave., Suite 1321, San Diego, California 92101.

On June 17, 2008, I served the following:

1. **PLAINTIFF'S OPPOSITION TO DEFENDANT TAYLOR'S INDUSTRIAL SERVICES, LLC'S MOTION TO DISMISS; OR, IN THE ALTERNATIVE, TRANSFER VENUE OR STAY PROCEEDINGS PENDING ARBITRATION; AND**

2. **DECLARATION OF GABRIEL G. HEDRICK IN OPPOSITION TO DEFENDANT TAYLOR'S INDUSTRIAL SERVICES, LLC'S MOTION**

TO DISMISS; OR, IN THE ALTERNATIVE, TRANSFER VENUE OR STAY PROCEEDINGS PENDING ARBITRATION

on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA E-MAIL AND CM/ECF SYSTEM:

>Tanya M. Schierling
>Michael M. Vasseghi
>SOLOMON WARD SEIDENWURM & SMITH LLP
>401 B Street, Suite 1200
>San Diego, CA 92101
>tschierling@swsslaw.com
>mvasseghi@swsslaw.com
>Attorneys for Defendant

I certify and declare under penalty of perjury of the laws of the United States, that the foregoing is true and correct. Executed on June 17, 2008 at San Diego, California.

_____
Gabriel G. Hedrick