Tanya M. Schierling [SBN 206984]
tschierling@swsslaw.com
Michael M. Vasseghi [SBN 210737]
mvasseghi@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant Taylor's Industrial
Services. LLC a/k/a HPM Division

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 08 CV 0877 BEN LSP<br><br>**DECLARATION OF TANYA M. SCHIERLING ON REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date: June 30, 2008<br>Time: 10:30 a.m.<br>Dept: Courtroom 3<br><br>Honorable Roger T. Benitez<br><br>Complaint Filed: January 28, 2008 |

I, Tanya M. Schierling, declare:

1. I am a partner with the law firm of Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant Taylor's Industrial Services, LLC ("Defendant"). I have personal knowledge of each of the following facts, and if called as a witness, I would be competent and willing to testify to such facts.

2. Attached as Exhibit 1 to my declaration is a true and correct copy of a printout from the California Secretary of State website pertaining to DABR Industries, Inc. It reflects that DABR Industries, Inc.'s corporate status as of the printout date, June 23, 2008, is "suspended."

3.    On June 23, 2008, I called the phone number listed for DABR Industries, Inc. in plaintiffs' Exhibit T: (714) 996-7710. A recorded message stated: "Hi. This is J.R. Sorry I missed your call. Please leave a message at the tone here and I'll get right back to you. Thanks again." The message did not reference DABR Industries, Taylor's, or HPM.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on June 23, 2008, at San Diego, California.

/s/ *Tanya M. Schierling*
TANYA M. SCHIERLING

# CERTIFICATE OF SERVICE

On June 23, 2008, I caused **DECLARATION OF TANYA M. SCHIERLING ON REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** to be served in the following manner:

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case:

Gabriel G. Hedrick, Esq.
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, CA 92101
ghedrick@handal-law.com
Telephone: (619) 544-6400
Facsimile:   (619) 696-0323

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

None.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING

# California Business Portal
**Secretary of State DEBRA BOWEN**

---

**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| DABR INDUSTRIES, INC. |
| **Number:** C2002994    **Date Filed:** 2/27/1997    **Status:** suspended |
| **Jurisdiction:** California |
| **Address** |
| 920 VIA RODEO DRIVE |
| PLACENTIA, CA 92870 |
| **Agent for Service of Process** |
| JEFFREY B COYNE, ESQ. |
| STRADLING, YOCCA, CARLSON & RAUTH |
| 660 NEWPORT CENTER DR STE 1600 |
| NEWPORT BEACH, CA 92660 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT 1**
**Page 1**