1 | Tanya M. Schierling [SBN 206984]
tschierling@swsslaw.com
2 | Michael M. Vasseghi [SBN 210737]
mvasseghi@swsslaw.com
3 | SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 | San Diego, California 92101
Telephone: (619) 231-0303
5 | Facsimile: (619) 231-4755

6 | Attorneys for Defendant TAYLOR'S INDUSTRIAL
SERVICES. LLC a/k/a HPM DIVISION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company, | CASE NO. 08 CV 0877 BEN LSP |
|---|---|
| Plaintiff, | **DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED IN PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY** |
| v. | Date: June 30, 2008 |
| TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100, | Time: 10:30 a.m. |
|  | Dept: Courtroom 3 |
| Defendants. | Honorable Roger T. Benitez |
|  | Complaint Filed: January 28, 2008 |

P:00431381:65052.002

08 CV 0877 BEN LSP

DEFENDANT'S EVIDENTIARY OBJECTIONS TO PLAINTIFFS' OPPOSITION

## EVIDENTIARY OBJECTIONS TO PLAINTIFFS' OPPOSITION

In support of its motion to dismiss for lack of personal jurisdiction and improper venue or, in the alternative, to transfer venue or stay this action pending arbitration (the "Motion"), Defendant Taylor's Industrial Services, LLC ("Defendant") makes the following objections to evidence submitted by Plaintiffs Welltec Machinery U.S.A. and Welltec Machinery Limited ("Plaintiffs") in their opposition to the Motion:

| Declaration of Gabriel G. Hedrick In Opposition, etc. | |
| --- | --- |
| Objectionable Evidence | Basis for Objection |
| Paragraphs 3 through 28 | Relevance (F.R.E. 402). Defendant does not dispute that it is an Illinois company and that it was served with the summons and complaint in this matter. Correspondence between counsel concerning extensions of time and drafting of stipulations is not relevant to the issues of: (1) the lack of Defendant's minimum contacts in California to support personal jurisdiction in this Court; (2) the impropriety of venue in this Court; or (3) the arbitration provision in the parties' contract. |
| Paragraph 29: "Attached hereto as Exhibit T is a true and correct copy of a computer printout *from Defendant's web site* found at http://www.hpmamerica.com." Emphasis added. | Lack of personal knowledge (F.R.E. 602); Lacks authentication or identification (F.R.E. 901); hearsay (F.R.E. 802). Mr. Hedrick does not establish any evidentiary foundation for his conclusion that the web site is what Plaintiffs purport it to be. |

| Exhibits to Declaration of Gabriel G. Hedrick In Opposition, etc. | |
|---|---|
| Objectionable Evidence | Basis for Objection |
| Exhibits A through S. | Relevance (F.R.E. 402). Defendant does not dispute that it is an Illinois company and that it was served by with the summons and complaint in this matter. Correspondence between counsel concerning extensions of time and drafting of stipulations is not relevant to the issues of: (1) the lack of Defendant's minimum contacts in California to support personal jurisdiction in this Court; (2) the impropriety of venue in this Court; or (3) the arbitration provision in the parties' contract. |
| Exhibit T: computer printouts from a website found at http://www.hpmamerica.com | Lacks authentication or identification (F.R.E. 901); hearsay (F.R.E. 802). The contents of the website, since Plaintiffs offer them for the truth of the matters asserted therein, are hearsay, and no competent evidence authenticates the website to be what Plaintiffs purport it to be. |
| Exhibit U: computer printout from a website found at http://ubemachinery.com [etc.] | Lacks authentication or identification (F.R.E. 901); hearsay (F.R.E. 802). The contents of the website, since Plaintiffs offer them for the truth of the matters asserted therein, are hearsay, and no competent evidence authenticates the website to be what |

| | |
|---|---|
| | Plaintiffs purport it to be. |
| Exhibit V: computer printout from a website entitled "The Free Library." | Lacks authentication or identification (F.R.E. 901); hearsay (F.R.E. 802). The contents of the website, since Plaintiffs offer them for the truth of the matters asserted therein, are hearsay, and no competent evidence authenticates the website to be what Plaintiffs purport it to be. |
| Exhibit W: computer printout from a website entitled "High Beam Research." | Lacks authentication or identification (F.R.E. 901); hearsay (F.R.E. 802). The contents of the website, since Plaintiffs offer them for the truth of the matters asserted therein, are hearsay, and no competent evidence authenticates the website to be what Plaintiffs purport it to be. |

DATED: June 23, 2008         SOLOMON WARD SEIDENWURM & SMITH, LLP

By:  /s/ Tanya M. Schierling
     TANYA M. SCHIERLING
     MICHAEL M. VASSEGHI
     Attorneys for TAYLOR'S INDUSTRIAL
     SERVICES. LLC a/k/a HPM DIVISION

## CERTIFICATE OF SERVICE

On June 23, 2008, I caused **DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED IN PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

Gabriel G. Hedrick, Esq.
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, CA 92101
ghedrick@handal-law.com
Telephone: (619) 544-6400
Facsimile:   (619) 696-0323

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

None.

/s/ Tanya M. Schierling
TANYA M. SCHIERLING