# UNITED STATES DISTRICT COURT

### Southern District of California

Welltec Machinery USA, INC.

                            Plaintiff,

v.                                                Case No.: 3:08–cv–00877–BEN–LSP

                                                                                  Judge  Roger T. Benitez

Taylor's Industrial Services, LLC, et al.

                            Defendant.

### JUDGMENT IN A CIVIL CASE

    \_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    \_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Motions to Dismiss for lack of personal jurisdiction is hereby GRANTED.

                                                                 W. Samuel Hamrick, Jr.,
                                                                               Clerk of the Court

Date: 9/4/08

                                                                  By: s/ A. Swofford–Wooden, Deputy Clerk

                                                                        ENTERED ON: September 4, 2008