| | |
|---|---|
| 1 | EDWARD J. MCINTYRE [SBN 80402] |
| | emintyre@swsslaw.com |
| 2 | TANYA M. SCHIERLING [SBN 206984] |
| | tschierling@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
| | Telephone: (619) 231-0303 |
| 5 | Facsimile: (619) 231-4755 |
| 6 | Attorneys for Defendant Taylor's Industrial Services. LLC a/k/a HPM Division |
| 7 | |
| 8 | |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | WELLTEC MACHINERY USA, INC., a California corporation as assignee of WELLTEC MACHINERY LIMITED a Hong Kong registered Company, | CASE NO. 08-CV-0877 BEN LSP |
| 13 | | **DEFENDANT'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** |
| 14 | | |
| 15 | Plaintiff, | Date:   To Be Determined |
| 16 | v. | Time:   To Be Determined |
| 17 | TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION, and DOES 1 THROUGH 100, | Complaint Filed: January 28, 2008 |
| 18 | | Judge: Hon. Roger T. Benitez |
| 19 | Defendants. | |

1     TO THE CLERK OF THE COURT AND TO PLAINTIFF:

2     PLEASE TAKE NOTICE that Defendant TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION applies to the Clerk of the United States District Court, Southern District of California, to tax items as costs in this matter totaling $399.65 as set forth in the Bill of Costs concurrently filed and served herewith.

    After considering any objections to the Bill of Costs and any responses thereto, the Clerk shall tax the costs to be included in the judgment at the time of Defendant's TAYLOR'S INDUSTRIAL SERVICES, LLC a/k/a HPM DIVISION application as stated above.

DATED: September 10, 2008    SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   */s/ Edward J. McIntyre*
      EDWARD J. MCINTYRE
      TANYA M. SCHIERLING
      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

On September 10, 2008, I caused **DEFENDANT'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** to be served in the following manner:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e–mail notices for this case:

Gabriel G. Hedrick, Esq.
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, CA 92101
ghedrick@handal-law.com
Telephone:  (619) 544-6400
Facsimile:    (619) 696-0323

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e–mail notices for this case (who therefore require manual noticing).

None.

*/s/ Edward J. McIntyre*
EDWARD J. MCINTYRE